UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

**KERNAN MANION, M.D.,**

       Plaintiff,                 Case No. 7:12-cv-00247-BO

against,

**SPECTRUM HEALTHCARE RESOURCES,** and another,

       Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Richard R. Renner moves this Court for leave to withdraw as co-counsel for the plaintiff in this matter. On November 5, 2012, undersigned's employment with Kohn, Kohn & Colapinto, LLP, came to an unexpected end.

Undersigned understands that Mr. Stephen M. Kohn of Kohn, Kohn & Colapinto, LLP, intends to enter an appearance as counsel for the plaintiff in this matter, and that Gary K. Shipman and Kyle J. Nutt of Shipman & Wright, LLP, intend to remain as counsel of record for the plaintiff.

It would be unreasonably difficult for the undersigned to remain as counsel for the plaintiff in this matter. Since November 29, 2012, undersigned has not had access to the firm's case files in this matter, or even to emails sent to his firm email address. Moreover, the plaintiff's agreement for representation is with Kohn, Kohn & Colapinto, LLP, and Shipman & Wright, LLP, and not with the undersigned. Accordingly, he asks for this Court's leave to withdraw as counsel for the plaintiff in this matter.

A proposed order granting this motion is attached hereto.

Respectfully submitted by:

*Richard R. Renner*

Richard R. Renner
921 Loxford Terrace
Silver Spring, MD 20901
(202) 664-9056
rrenner@igc.org

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Motion to Withdraw as Counsel is being filed through this Court's electronic case filing system which will provide notification to all counsel of record.

*Richard R. Renner*

Richard R. Renner

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

**KERNAN MANION, M.D.,**

      Plaintiff,               Case No. 7:12-cv-00247-BO

against,

**SPECTRUM HEALTHCARE RESOURCES,** and another,

      Defendants.

## **ORDER**

Upon motion of Richard R. Renner, and for good cause shown, his motion for leave to withdraw as counsel for the plaintiff in this matter is GRANTED.

_____
UNITED STATES DISTRICT JUDGE